DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
MAY - 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
KIM MILLER

Chapter 13
Case No. 05-3-5327 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $85.11 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 053 | CLERK OF THE COURT FOR EBBETS PARTNERS LTS /ASSIGNEEN OFB/ 323 W LAKESIDE AVENUE 2ND FL CLEVELAND, OH 44113 | $85.11 |

Dated: May 4, 2011

_____
CECILIA MARCELO
Receipts Administrator